UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MCKEE FOODS CORPORATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>GENERAL REINSURANCE<br>CORPORATION,<br><br>*Defendant*. | CASE NO. 1:17-cv-00158 |

### STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff McKee Foods Corporation ("McKee") and Defendant General Reinsurance Corporation ("GRC"), through their undersigned counsel, hereby stipulate that this entire action is dismissed with prejudice.

Respectfully submitted,

CHAMBLISS BAHNER & STOPHEL, P.C.

By: /s/ Justin L. Furrow
    Justin L. Furrow, TN BPR No. 027667
    Bradley M. Davis, TN BPR No. 023988
    Charles W. Gilbreath II, TN BPR, No. 033644
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.756.3000
Fax: 423.265.9574
Email: jfurrow@chamblisslaw.com
       bdavis@chamblisslaw.com
       cgilbreath@chamblisslaw.com

Attorneys for *McKee Foods Corporation*

By: /s/ Stephen D. Treuer
STEPHEN D. TREUER (Cal Bar No. 138701),
admitted pro hac vice
NANCY J. BROWN (Cal Bar No. 148922),
admitted pro hac vice
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 282-8088
Fax: (310) 282-8779
streuer@btlawla.com
nbrown@btlawla.com

Attorneys for *General Reinsurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the following document(s) described as **STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Dated: February 2, 2018

/s/ Stephen D. Treuer
STEPHEN D. TREUER (Cal Bar No. 138701)
BARBANEL & TREUER, P.C.
Attorneys for *General Reinsurance Corporation*